IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN R. TRUJILLO,

    Plaintiff,

v.                                                  Civ. No. 20-33 KWR/GBW

VIVINT SOLAR, INC., *et al.*,

    Defendants.

## ORDER VACATING RULE 16 SCHEDULING CONFERENCE

THIS MATTER comes before the Court upon review of the record. In light of the parties' pending Joint Motion to Stay Case Pending Arbitration (*doc. 16*), the Court finds good cause to delay the telephonic Rule 16 Scheduling Conference currently set for March 16, 2020, at 2:00 p.m.

IT IS THEREFORE ORDERED that the Rule 16 Scheduling Conference and all associated deadlines contained in the Court's Initial Scheduling Order (*doc. 12*) are hereby VACATED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE